# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

U.S. Commodity Futures Trading Commission
                                Plaintiff,

v.                                                     Case No.: 1:12–cv–03234
                                                            Honorable Ruben Castillo

Dimitry Vishnevetsky, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 5, 2012:

      MINUTE entry before Honorable Ruben Castillo:The Court hereby enters a default against defendants Oxford Capital, LLC and Dimitry Vishnevetsky for failure to timely answer or otherwise plead to Plaintiff's Complaint.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.